UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANE DOE,

    Plaintiff,

UR M. JADDOU, Director,
United States Citizenship and
Immigration Services, et al.,

    Defendant.

Case No. 2:23-cv-00906

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE
ELIZABETH PRESTON DEAVERS

## ORDER

This matter is before the Court on Plaintiff Jane Doe and Defendant United States Citizenship and Immigration Services' joint motion for an additional 60-day stay of proceedings to allow the parties to continue processing Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal. (ECF No. 8, at 1). For good cause shown, the Court **GRANTS** the parties' joint motion. The Court **ORDERS** this case **STAYED** until **August 4, 2023**.

IT IS SO ORDERED.

6/2/2023
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE